IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

TIMOTHY PATRICK JOEL, #L2578

VS.                                         CIVIL ACTION NO. 2:05cv47-KS-MTP

LARRY D. ISHEE

## JUDGMENT

This matter having come on to be heard on this date upon the Proposed Findings of Fact and Recommendations of the United States Magistrate Judge entered herein on August 24, 2006, and the Court, after a full review of the record, having adopted said Proposed Findings of Fact and Recommendations as the finding of this Court, finds that this matter, as it pertains to constitutional violations, should be **dismissed** with prejudice. Any remaining claims arising under state law are hereby **dismissed** without prejudice.

**The plaintiff is hereby notified that, pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, he has the right to appeal this Order to the United States Court of Appeals for the Fifth Circuit within thirty (30) days of the entry of the final judgment in this matter.**

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause for constitutional violations be, and the same hereby is, **dismissed** with prejudice. Any remaining state law claims are **dismissed** without prejudice.

SO ORDERED AND ADJUDGED this the 13th day of September, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE